1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

11

BRIAN CRISMAN,

12          Petitioner,                                    Case No. 3:15-cv-00397-RCJ-WGC

13     vs.                                                 **ORDER**

14     WARDEN LEGRANDE,

15          Respondent.

16

17          Petitioner Brian Crisman, a Nevada prisoner, has filed an application to proceed *in forma*

18     *pauperis* and submitted a petition for a writ of habeas corpus.  The application to proceed *in forma*

19     *pauperis* (ECF No. 1) is granted.

20          The court has reviewed the petition pursuant to Habeas Rule 4.  The court may take judicial

21     notice of its docket, and petitioner already has a habeas petition pending before this court that

22     challenges the same judgment of conviction (Case No. 155009) that petitioner seeks to challenge here.

23     *See* Case No. 3:14-cv-00636-HDM-WGC (ECF No. 5).  Accordingly, this action shall be dismissed as

24     duplicative

25          **IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis*

26     (ECF No. 1) is **GRANTED**.

27          **IT IS FURTHER ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

28          **IT IS FURTHER ORDERED** that the habeas petition is **DISMISSED** as set forth in this order.

1    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as jurists of reason

2  would not find the dismissal of this petition as duplicative to be debatable or wrong.

3    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and

4  close this case.

5    DATED: This 9th day of November, 2015.

6

7    _____
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28